

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

|  |  |
|---|---|
| ANDREW MEIGS, Individually And On Behalf Of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> QUALITY DISTRIBUTION, INC., THOMAS L. FINKBINER and SAMUEL M. HANSLEY, <br><br> Defendants. | CIVIL ACTION NO. 8:04cv335 (SCB) <br> *8:04cv817-T-24 MSS* <br> *Consolidated cases* |

**ORDER APPOINTING JEMMCO INVESTMENT MANAGEMENT LLC AS LEAD PLAINTIFF AND APPROVING ITS CHOICE OF LEAD COUNSEL**

Upon good cause shown, IT IS HEREBY ORDERED THAT:

**Appointment of Lead Plaintiff**

Class member Jemmco Investment Management LLC ("Movant") is hereby appointed lead plaintiff pursuant to Section 27D(a)(3)(B) of the Securities Act of 1933. This appointment is without prejudice to defendants' right to challenge the adequacy, typicality, or ability of Movant to represent the absent class members in this action or the propriety of this case being certified as a class action.

**Organization of Plaintiffs' Counsel**

Lead plaintiff's selection of Bernstein Liebhard & Lifshitz, LLP as lead counsel ("Lead Counsel") and Barker Rodems & Cook, P.A. as liaison counsel for all plaintiffs and the class in this action is approved.

Lead Counsel are hereby vested by the Court with the following responsibilities and duties in connection with this action:

1. To direct and coordinate the briefing and arguing of motions;

2. To direct and coordinate the initiation and conduct of discovery proceedings, including, but not limited to, requests for production of documents and/or third party subpoenas;

3. To direct and coordinate the examination of witnesses in depositions and oral interrogatories;

4. To act as spokesperson at pretrial conferences;

5. To call meetings of plaintiffs' counsel as appropriate or necessary from time to time;

6. To direct the preparation for a trial of this matter and to delegate work responsibilities to selected counsel as may be required in such a manner as to lead to the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort;

7. To direct and coordinate the conduct of pre-trial, trial and post-trial proceedings;

8. To consult with and employ experts;

9. To coordinate and collect monthly time and expense reports from all plaintiffs' attorneys in this action;

10. To initiate and conduct all settlement negotiations with counsel for defendants; and

11. To perform such other duties as may be expressly authorized by further order of the Court.

No motion, request for discovery, or other pre-trial proceedings shall be initiated or filed by any plaintiff except through Lead Counsel.

Defendants' counsel may rely upon all agreements made with Lead Counsel, and such agreements shall be binding on all plaintiffs in this action.

Lead Counsel are hereby designated as the counsel for plaintiffs upon whom all notices, orders, pleadings, motions, discovery, and memoranda may be served and defendants shall effect service of papers on plaintiffs by serving Bernstein Liebhard & Lifshitz, LLP, 10 East 40th Street, New York, New York 10016 and Barker Rodems & Cook, P.A., 300 West Platt St., Ste. 150, Tampa, Florida, 33606.

If defendants file a single pleading or other paper directed to all plaintiffs in this action, the response on behalf of plaintiffs shall be made in a single pleading or other paper to be served by Lead Counsel. All plaintiffs in this action shall be bound by that pleading or paper.

The organizational structure established by this Order shall bind counsel for plaintiffs in this action or any subsequently filed cases consolidated therewith.

**DONE AND ORDERED** at Tampa, Florida, this 28 day of June, 2004.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record

3

FILE COPY

Date Printed: 06/29/2004

Notice sent to:

   ___  Paul J. Geller, Esq.
        Geller Rudman, PLLC
        197 S. Federal Hwy., Suite 200
        Boca Raton, FL  33432

        8:04-cv-00335   rm

   ___  Jonathan M. Stein, Esq.
        Geller Rudman, PLLC
        197 S. Federal Hwy., Suite 200
        Boca Raton, FL  33432

        8:04-cv-00335   rm

   ___  Jack E. Reise, Esq.
        Geller Rudman, PLLC
        197 S. Federal Hwy., Suite 200
        Boca Raton, FL  33432

        8:04-cv-00335   rm

   ___  Samuel H. Rudman, Esq.
        Geller Rudman, PLLC
        200 Broadhollow Rd., Suite 406
        Melville, NY  11747

        8:04-cv-00335   rm

   ___  David A. Rosenfeld, Esq.
        Geller Rudman, PLLC
        200 Broadhollow Rd., Suite 406
        Melville, NY  11747

        8:04-cv-00335   rm

   ___  Mario Alba Jr., Esq.
        Geller Rudman, PLLC
        200 Broadhollow Rd., Suite 406
        Melville, NY  11747

        8:04-cv-00335   rm

   ___  Marc A. Topaz, Esq.
        Schiffrin & Barroway, LLC
        Three Bala Plaza E., Suite 400
        Bala Cynwyd, PA  19004

        8:04-cv-00335   rm

   ___  Christian R. Bartholomew, Esq.

Morgan, Lewis & Bockius LLP
5300 Wachovia Financial Center
200 S. Biscayne Blvd.
Miami, FL  33131-2339

8:04-cv-00335    rm

Sean W. Firley, Esq.
Morgan, Lewis & Bockius LLP
5300 Wachovia Financial Center
200 S. Biscayne Blvd.
Miami, FL  33131-2339

8:04-cv-00335    rm

Morris Weinberg Jr., Esq.
Zuckerman Spaeder L.L.P.
101 E. Kennedy Blvd., Suite 1200
Tampa, FL  33602

8:04-cv-00335    rm

Simon Alexander Gaugush, Esq.
Zuckerman Spaeder L.L.P.
101 E. Kennedy Blvd., Suite 1200
Tampa, FL  33602

8:04-cv-00335    rm

Bradley J. Butwin, Esq.
O'Melveny & Meyers LLP
7 Times Square
New York, NY  10036

8:04-cv-00335    rm

Evan Smith, Esq.
Brodsky & Smith, L.L.C.
Two Bala Plaza, Suite 602
Bala Cynwyd, PA  19004

8:04-cv-00335    rm

Chris A. Barker, Esq.
Barker, Rodems & Cook, P.A.
300 W. Platt St., Suite 150
Tampa, FL  33606

8:04-cv-00335    rm

Sandy Liebhard, Esq.
Bernstein Liebhard & Lifshitz, LLP
10 E. 40th St., 22nd Floor
New York, NY  10016

8:04-cv-00335    rm

Joseph R. Seidman Jr., Esq.
Bernstein Liebhard & Lifshitz, LLP
10 E. 40th St., 22nd Floor

New York  NY  10016

8:04-cv-00335    rm