UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANDREW MEIGS, individually and
on behalf of all others similarly
situated,

       Plaintiff,

v.                                              Case No. 8:04-Civ-335-T-24 MSS

QUALITY DISTRIBUTION, INC.
ET AL.,

       Defendants.
_____/

**ORDER**

       The Court had a hearing addressing the parties' settlement agreement and preliminary approval order on June 10, 2005. At the hearing, the Court directed the parties to re-submit the settlement agreement, along with Exhibit A-1, with the following changes:

(1)    The parties are directed to fix the paragraph number references throughout the settlement agreement, as identified by the Court during the hearing; and

(2)    The parties are directed to define the terms "Allowable Claim" and "Recognized Claim." These terms are found in paragraphs 15 and 17 of the settlement agreement filed with the Court.

       Additionally, the Plan of Allocation contained in Exhibit A-1 appears to contain errors regarding the calculation of recognized losses, as set forth in paragraphs 2 A, B, and C on pages 21 -22. For example, in the scenario described in paragraph 2A for calculating a recognized loss, a claimant that satisfies a condition listed in subsections (2) - (4) (i.e., the claimant sold his or her shares between February 3, 2004 and April 4, 2005), will always satisfy the condition set forth in subsection (1) (i.e., a claimant who holds shares at the end of trading on February 2,

2004). Therefore, it is impossible to determine which subsection for calculating a recognized loss applies (i.e., whether the loss is calculated as set forth in subsection (1) or as set forth in subsections (2) - (4)). This same inconsistency is present in paragraphs 2B and 2C. As such, the parties are directed to either correct this portion of the Plan of Allocation or explain to the Court how to calculate a recognized loss under the terms of the Plan.

**DONE AND ORDERED** at Tampa, Florida, this 10th day of June, 2005.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
All Parties and Counsel of Record